■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRA L. CHILANO, Appellant. [612 NYS2d 1019] —Judgment unanimously affirmed. Memorandum: We affirm defendant's sentencing as a second felony offender for reasons stated in the decision at Genesee County Court, Morton, J. *(see, People v Talham,* 41 AD2d 354; *see also, People v Burdick,* 112 Misc 2d 997).

We have reviewed defendant's sentence and find it to be neither harsh nor excessive. (Appeal from Judgment of Genesee County Court, Morton, J.—Grand Larceny, 3rd Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK PRICE, Appellant. [612 NYS2d 1019] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: Defendant contends that his conviction of two counts of assault in the second degree is not supported by legally sufficient evidence. We agree. The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), fails to establish that defendant was the inmate who assaulted the two correction officers. The proof is sufficient, however, to support defendant's conviction of promoting prison contraband in the first degree *(see,* Penal Law § 205.25 [2]).

We modify the judgment, therefore, by reversing defendant's conviction of two counts of assault in the second degree, vacating the sentences imposed thereon and dismissing counts one and three of the indictment. (Appeal from Judgment of Wyoming County Court, Dadd, J.—Assault, 2nd Degree.) Present—Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.